IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Plaintiffs' Nunc Pro Tunc Motion to Amend Complaint** [docket no. 23, filed August 29, 2011] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Amended Complaint [22] for filing.


DATED:  August 29, 2011