IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulation to Modify Paragraph 8(e) of the Scheduling Order** [docket no. 31, filed October 21, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the amended deposition schedule outlined in the motion is approved.


DATED:  October 25, 2011