IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  11-cv-00837-REB- BNB | Date: November 18, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TERRY A. JANKE, and<br>MICHELE JANKE, | Scott Terrell |
| Plaintiff(s), | |
| v. | |
| DONALD BROOKS,<br>NORMANDY BROOKS, and<br>B&T AUTOMOTIVE, INC., | Todd Vriesman |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:35 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiffs exhibits 1-5  offered and accepted.

**ORDERED:** **Plaintiffs' first motion to compel [doc.#34; filed 10/29/11] is granted in part and denied part as stated on the record. The defendant shall make supplemental discovery responses on or before November 25, 2011.**

**ORDERED:** **The plaintiffs' oral motion to compel a response to Production Request No. 22 is denied as stated on the record.**

Court in Recess:     2:27 p.m.     Hearing concluded.     Total time in Court: 00:52

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.