IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's First Motion to Compel** [Doc. # 34, filed 10/29/2011] (the "Motion to Compel"). In addition, two oral motions were raised at the hearing on November 9, 2011. Consistent with the rulings made on the record during the hearing on November 9, 2011, which are incorporated here,

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 34] is GRANTED IN PART and DENIED IN PART as stated on the record;

(2)     The defendants shall make supplemental discovery responses, consistent with this Order, on or before **November 25, 2011**;

(3)     The plaintiffs' oral motion to compel a response to Production Request No. 22 is DENIED as premature, and the parties are directed to confer pursuant to D.C.COLO.LCivR 7.1A; and

(4)     The depositions noticed by the plaintiffs shall occur at a date and time as the parties may agree during the week of **November 14, 2011**.

Dated November 10, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge