IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  11-cv-00837-REB-BNB | Date: December 12, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TERRY A. JANKE, and<br>MICHELE JANKE, | Scott Terrell |
| Plaintiff(s), | |
| v. | |
| DONALD BROOKS,<br>NORMANDY BROOKS, and<br>B&T AUTOMOTIVE, INC., | Todd Vriesman |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:01 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's objection and motion to strike defendants' designation of Mr. Larry Davis as a specially retained rebuttal expert [doc.#45; filed 11/30/11] is denied.**

Court in Recess:     9:37 a.m.     Hearing concluded.    Total time in Court: 00:36

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.