IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Objection and Motion to Strike Defendants'**

**Designation of Mr. Larry Davis as a Specially Retained Rebuttal Expert** [Doc. # 45, filed

11/30/2011] (the "Motion to Strike").  I held a hearing on the Motion to Strike this morning and

made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Strike [Doc. # 45] is DENIED.

Dated December 12, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge