IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

---

## ORDER

---

This matter arises on **Defendants' Motion to Compel Responses to Second Set of Discovery Requests** [Doc. # 52, filed 12/30/2011] (the "Motion to Compel").  I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 52] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED with respect to Interrogatories 7 and 9;

•GRANTED with respect to Requests for Production 13a, 13b, 14, and 15;

• DENIED in all other respects;

(2)     The plaintiffs shall make supplemental discovery responses that conform to the formalities of the Federal Rules of Civil Procedure and shall allow the requested inspections on

or before **February 17, 2012**; and

(3)     The defendants' oral motion to extend the dispositive motion deadline is DENIED.

Dated January 30, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge