IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed at the final pretrial conference,

IT IS ORDERED:

(1)     A supplemental final pretrial conference is set for **March 19, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2)     The parties shall prepare a revised final pretrial order, modified as discussed at the final pretrial conference this morning, and submit it to the court no later than **March 12, 2012**.

Dated February 29, 2012.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge