IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE.

Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

Defendants.

_____

## ORDER
_____

This matter arises on the **Defendants' Motion to Reopen Discovery for the Limited Purpose of Automobile Insurance** [Doc. # 63, filed 3/1/2012] (the "Motion"). I held a hearing on the Motion and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 63] is GRANTED; and

(2)     The defendants are granted leave to complete one additional Rule 30(b)(6) deposition of either Grundy Insurance or Philadelphia Indemnity Insurance Company, at the defendants' election, concerning the insurance policy represented by the declaration page attached as Exhibit A to the Motion. The deposition shall be completed on or before April 20, 2012.

Dated March 19, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge