**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE,

      Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, and
B&T AUTOMOTIVE, INC.,

      Defendants.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror**

**Questionnaire** shall be given to and completed by each prospective juror reporting for

service in the trial of this case.

Dated May 3, 2012 at Denver, Colorado.

                                 **BY THE COURT:**

                                 Robert E. Blackburn
                                 United States District Judge