**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE,

    Plaintiffs,

v.

DONALD BROOKS,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

    Defendants.

---

## MINUTE ORDER[1]

    The matter is before the court on **Defendants' Motion For Designation of Deposition Testimony of Steve Cleveland** [#106][2] filed May 14, 2012. The motion is **GRANTED**. Defendants shall file their designations by Friday, May 18, 2012.

    Dated: May 17, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#106]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.