# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-00837-REB-BNB

TERRY A. JANKE, and
MICHELE JANKE,

      Plaintiffs,

v.

DONALD BROOKS ,
NORMANDY BROOKS, individuals d/b/a B&T Custom Rod & Restoration, and
B&T AUTOMOTIVE, INC., a Nevada corporation,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal With Prejudice** [#117][1] filed

June 11, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should

be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#117] filed June 11, 2012, is

**APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE**.

      Dated June 11, 2012, at Denver, Colorado.

                                             **BY THE COURT:**

                                      Robert E. Blackburn
                                      United States District Judge

---

[1] "[#177]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.